# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| VANDERBILT UNIVERSITY MEDICAL CENTER, | ) ) ) |
| Plaintiff, | ) ) Case No. _____ |
| v. | ) ) JURY DEMAND |
| ALLURION TECHNOLOGIES, INC. D/B/A ALLURION, | ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT FOR BREACH OF CONTRACT AND FOR DECLARATORY RELIEF

Comes now, the Plaintiff, Vanderbilt University Medical Center, to submit its Complaint for breach of contract and declaratory relief against the Defendant, Allurion Technologies, Inc. d/b/a Allurion, as follows:

### PARTIES

1. Plaintiff, Vanderbilt University Medical Center ("Vanderbilt" or "Plaintiff"), is a non-profit corporation with its principal place of business at 1161 Avenue South Medical Center North D-3300, Nashville, Davidson County, Tennessee 37232-5545.

2. Based upon information and belief, the Defendant, Allurion Technologies, Inc. d/b/a Allurion ("Allurion" or "Defendant"), is a Delaware corporation with its principal office located at 11 Huron Drive, Suite 200, Natick, MA 01760.

3. Based upon information and belief, Allurion may be served through its registered agent in Massachusetts—Shantanu Gaur, 11 Huron Drive, Suite 200, Natick, MA 01760—and/or

it registered agent in Delaware—The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

4. Allurion was properly served with a copy of this Complaint.

## JURISDICTION AND VENUE

5. Plaintiff's claim for relief arises from events that occurred in Nashville, Davidson County, Tennessee.

6. Venue is properly situated in the Middle District Court of Tennessee. 28 U.S.C. § 1391(b)(2).

7. This Court has jurisdiction over this matter via diversity jurisdiction under 28 U.S.C. § 1332.

8. This action was filed within the statute of limitations. Tenn. Code Ann. § 28-3-109(a)(3).

## FACTS

9. On June 30, 2022, the Parties entered into a valid and enforceable Clinical Trial Agreement. A copy of this Agreement is attached hereto as **Exhibit A**. The Agreement refers to Allurion as "Sponsor." The Agreement refers to Wayne English, M.D., as the "Investigator" appointed by Vanderbilt to oversee and conduct the Clinical Trial.

10. Section 13.4 of the Agreement provides as follows:

[redacted]

11. On June 8, 2023, [redacted]

12. On June 10, 2023, [redacted]

2

13. ██████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██.

14. As a result of these findings, ████████████████████████

████████████████████████████████████

15. ██████████████████████████████████████████████

16. ██████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████

17. Following these procedures, ████████████████████████

████████████████████████

18. ██████████████████████████████████████████

██.

19. ██████████████████████████████████████

████████████████████ ████████████████████

████████████████████████████████████████████

20. On October 1, 2023, ████████████████████████

████████████████████████

21. On October 5, 2023, ██████████████████████████████

3

22. ███████████████████████████████████████

23. ███████████████████████████████████████████████████
████

24. ███████████████████████████████████████████████████
███████████████████████████████████████████████

   a. December 19 to 20, 2023 – ███████████████████
   █████████████████

   b. January 26, 2024 to February 5, 2024 – ███████████████

   c. February 9 to 10, 2024 ███████████████████

   d. February 15, 2024 ████████████████████████

   e. March 8, 2024 ██████████████████████

   f. June 28, 2024 - ████████████████

   g. December 10, 2024 ██████████████████ sy;

   h. March 11 to 17, 2025 – ████████████████

   i. April 17, 2025 – ████████████████████

   j. May 15, 2025 – ██████████ ; and

   k. ████████████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████████████.

## BREACH OF CONTRACT

25. Vanderbilt has incurred substantial ██████████ expenses and will continue to incur related, future ██████ expenses.

26. At all times pertinent to this action, Dr. Wayne English served as the "Principal Investigator" for the Clinical Trial.

27. ██████████████ of Dr. English, ██████████████
██████████████████████████████████████████████
██████████████████████████████

28. ██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████

29. ██████████████████████████████████████████████
██████████████████████████████████████████████

30. Pursuant to Section 13.4 of the Clinical Trial Agreement, ██████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

31. The Defendant has not paid any of the outstanding invoices.

32. The Plaintiff has complied with its obligations under the Clinical Trial Agreement.

33. The Defendant has failed to comply and is in breach of the Clinical Trial Agreement.

## DECLARATORY JUDGMENT

34. Based upon information and belief, ██████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████

35. ████████████████████████████████████████

36. Based on Defendant's failure to satisfy its obligations under Section 13.4 ███████████████████████████████████, there is an actual controversy between the Parties ████████████████████████████████████████████████

37. Based on Defendant's failure to satisfy its obligations under Section 13.4 ███████████████████████████████, Plaintiff is certain to suffer actual harm in the future ████████████████████ absent declaratory relief.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for the following relief:

a. That proper process be issued and be served upon the Defendant, and the Defendant be required to appear and answer this Complaint within the time required by law;

b. A judgment in favor of the Plaintiff and an award of money damages ████████ ████████████████████, which currently total $2,473,036.90, plus the past ████████ expenses to be incurred between now and the date of the judgment, which will be shown by a later amendment to the *ad damnum*;

c. A declaratory judgment that pursuant to the Clinical Trial Agreement, Defendant is ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████ 28 U.S.C. § 2201;

6

d.  An award of pre-judgment interest, post-judgment interest, and costs in favor of Plaintiff and against Defendant;

e.  That this action be heard by a jury; and

f.  Any other legal or equitable relief the Court deems just and necessary under the circumstances.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: /s/ Marty R. Phillips
MARTY R. PHILLIPS (BPR No. 14990)
JOHN O. ALEXANDER, IV (BPR No. 25234)
424 Church Street, Suite 2230
Nashville, Tennessee 37219
(615) 613-0442
mphillips@raineykizer.com
jalexander@raineykizer.com
*Attorneys for Plaintiff*